**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01479-CV

### MESQUITE ISD, Appellant

### V.

### TOMASA MENDOZA, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-09131-F**

## ORDER

The Court has before it appellee's February 8, 2013 unopposed motion to late file appellee's brief. The Court **GRANTS** the motion and **ORDERS** appellee to file her brief by February 13, 2013.

/s/    ELIZABETH LANG-MIERS
          JUSTICE